PROB 22 (Rev. 2/88)

# TRANSFER OF JURISDICTION

| DOCKET # (Trans. Court) |
|---|
| 053L 2:00-00264-002 B |

| DOCKET # (Rec. Court) |
|---|
| 06CRIM. 231 |

**NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:**

Franklin Miranda
215 Audubon Avenue Apt. 46
New York, NY 10033

| DISTRICT | DIVISION | NAME OF SENTENCING JUDGE |
|---|---|---|
| Louisiana Eastern | New Orleans | Ivan Lemelle |

| Date of Probation/Supervised Release: | FROM | TO |
|---|---|---|
| | May 3, 2005 | May 2, 2010 |

**Offense**

21 USC 841 - Conspiracy to Distribute Heroin

**PART 1 - ORDER TRANSFERRING JURISDICTION**

United States District Court for the Eastern District of Louisiana

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

Feb 24, 2006
DATE

UNITED STATES DISTRICT JUDGE

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

United States District Court for the Southern District of New York

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this court from and after the entry of this order.

MAR 1 4 2006

DATE
MEF

James C. Francis IV
UNITED STATES ~~DISTRICT~~ JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE: MAR 1 4 2006

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.