UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK



LORETTA G. WHYTE
    CLERK

                    September 29, 2006

Mr. J. Michael McMahon
Clerk, United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

                    Re:  Criminal Case No. 00-264 B
                         United States of America
                         vs.
                         Franklin Miranda


Dear Mr. McMahon:

    On 9/29/06, the Honorable Ivan L.R. Lemelle, United States District Judge for this district,
entered an order transferring jurisdiction of supervised release as to defendant Franklin Miranda to the
Southern District of New York.

    Pursuant to said order and acceptance of jurisdiction by the Southern District of New York, we are
forwarding herewith a certified copy of the Franklin Mirandadocket sheet. The official court record for
the Eastern District of Louisiana is the electronic case filing systems, CM/ECF. Please be advised you
may access this database to obtain original pleadings. Our web site is: http://ecf.laed.circ5.dcn. Please
use your court's Pacer account and password to access these documents. If you have any problems,
please do not hesitate to contact us.


    Please acknowledge receipt on the enclosed copy of this letter.

                                        Very truly yours,

                                        LORETTA G. WHYTE, CLERK

                                        By: _____
                                              Deputy Clerk


Enclosures